[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-11231
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 27, 2010
JOHN LEY
CLERK

D.C. Docket No. 6:09-cr-00068-MSS-GJK-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CALVIN N. POPE, JR.,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(October 27, 2010)

Before BARKETT, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

Tom Dale, appointed counsel for Calvin N. Pope, Jr., has filed a motion to

withdraw from further representation on appeal, supported by a brief prepared

pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493

(1967). Our independent review of the entire record reveals that counsel's

assessment of the relative merit of the appeal is correct. Because independent

examination of the entire record reveals no arguably meritorious issues, counsel's

motion to withdraw is **GRANTED**, and Pope's convictions and sentences are

**AFFIRMED**.